1  Michael Rubin (SBN 80618)
   Barbara J. Chisholm (SBN 224656)
2  ALTSHULER, BERZON, NUSSBAUM,
     RUBIN & DEMAIN
3  177 Post Street, Suite 300
   San Francisco, California  94108
4  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
5  E-Mail: mrubin@altshulerberzon.com
   E-Mail: bchisholm@altshulerberzon.com
6
7  Attorneys for Plaintiffs ROY ADAMS, *et al.*

   Linda S. Husar (SBN 93989)
8  Thomas E. Hill (SBN 100861)
   David N. Buffington (SBN 196551)
9  THELEN REID & PRIEST LLP
   333 South Hope Street, Suite 2900
10 Los Angeles, California 90071-3048
   Telephone: (213) 576-8000
11 Facsimile: (213) 576-8080
   E-Mail: lshusar@thelenreid.com
12 E-Mail: tehill@thelenreid.com
   E-Mail: dbuffington@thelenreid.com
13
   Attorneys for Defendant INTER-CON SECURITY SYSTEMS, INC.
14
   (Additional counsel on following page)
15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                   SAN FRANCISCO/OAKLAND DIVISION
18

19 ROY ADAMS, ROBERT EGGERT,           )   **Case No.  3:06-CV-05428 MHP**
   MICHAEL FERRIS, ED HALL, and ROHIT )
20 SINGH on behalf of themselves and a class )  **STIPULATION AND [PROPOSED] ORDER**
   of those similarly situated,        )   **RE: BRIEFING AND HEARING SCHEDULE**
21                                     )   **FOR DEFENDANT'S PETITION FOR AN**
                                       )   **ORDER COMPELLING ARBITRATION**
22                Plaintiffs,          )
                                       )
23         v.                          )   COLLECTIVE ACTION AND CLASS
                                       )   ACTION
24 INTER-CON SECURITY SYSTEMS,         )   Hearing Date:
   INC., d/b/a INTER-CON SECURITY      )   Date:   January 22, 2007
25 SERVICES, INC.                      )   Time:   2:00 p.m.
                                       )   Place:  Courtroom 15
26                Defendant.           )
                                       )
27 _____)

28
   STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S PETITION FOR AN
   ORDER COMPELLING ARBITRATION

1  James M. Finberg (SBN 114850)
   Jahan C. Sagafi (SBN 224887)
2  LIEFF, CABRASER, HEIMANN &
      BERNSTEIN, LLP
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
5  E-Mail: jfinberg@lchb.com
   E-Mail: jsagafi@lchb.com
6
   Micha Star Liberty (SBN 215687)
7  LIBERTY LAW OFFICE
   78 First Street
8  San Francisco, CA 94105
   Telephone: (415) 896-1000
9  Facsimile: (415) 896-2249
   E-Mail: micha@libertylawoffice.com
10
   Kevin W. McTague (SBN 134514)
11 MCTAGUE & PALAY
   1484 East Main Street, 2nd Floor
12 Ventura, CA 93001
   Telephone: (805) 641-6600
13 Facsimile: (805) 641-6607
   E-mail: kwmct@mctague-palay.com
14
   Attorneys for Plaintiffs ROY ADAMS, *et al.*
15

16 Seth L. Neulight (SBN 184440)
   THELEN REID & PRIEST LLP
17 101 Second Street, Suite 1800
   San Francisco, California 94105-3606
18 Telephone: (415) 371-1200
   Facsimile: (415 371-1211
19 E-Mail: sneulight@thelenreid.com

20 Attorneys for Defendant INTER-CON SECURITY SYSTEMS, INC.

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S PETITION FOR AN ORDER COMPELLING ARBITRATION

1  WHEREAS defendant Inter-Con Security Systems, Inc. ("Inter-Con") filed on October 16, 2006, a Notice of Petition and Petition for an Order Compelling Arbitration, and Motion to Dismiss or, Alternatively, to Stay Action Pending Arbitration ("Petition"); and

WHEREAS defendant Inter-Con's Petition is currently scheduled for hearing on Monday, December 18, 2006, at 2:00 p.m.; Plaintiffs' opposition to the Petition is currently due on Monday, November 27, 2006; and defendant's reply is due on December 4, 2006; and

WHEREAS the parties previously requested and were granted a two-week extension of the briefing and hearing schedule for defendant's Petition; and

WHEREAS a case management conference is scheduled in this matter for January 8, 2007, at 4:00 p.m.; and

WHEREAS the parties currently are meeting and conferring regarding issues related to the Petition and need additional time to do so; and

WHEREAS the parties seek a short extension of the current briefing and hearing schedule for defendant's Petition; and

WHEREAS the winter holidays and Martin Luther King, Jr. Day all fall on Mondays, the Court's regular civil motion hearing days;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties through their undersigned counsel, subject to this Court's approval, as follows:

1. The hearing on defendant's Petition currently scheduled for December 18, 2006, at 2:00 p.m., shall be rescheduled to January 22, 2007, at 2:00 p.m.; and

2. Plaintiffs' opposition to defendant's Petition shall be filed by no later than December 22, 2006, and defendant's reply in support of its Petition shall be filed by no later than January 8, 2007; and

3. The case management conference currently scheduled for January 8, 2007, at 4:00 p.m., shall be rescheduled to January 22, 2007, at ~~4:00~~ 2:00 p.m.   The same time as the hearing on the Petitioin.

//

//

//

| | | |
|---|---|---|
| 1 | Dated: November 22, 2006 | THELEN REID & PRIEST LLP |
| 2 | | By:   /s/ Linda S. Husar |
| 3 | | Attorneys for Defendant |
| 4 | Dated: November 22, 2006 | ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN |
| 5 | | |
| 6 | | By:   /s/ Barbara J. Chisholm |
| 7 | | Attorneys for Plaintiffs |

IT IS SO ORDERED.

Dated: 12/1/06

_____
HON. _____ PATEL
UNITED STATES DISTRICT JUDGE

*[Signature and seal: IT IS SO ORDERED / Judge Marilyn H. Patel / United States District Court, Northern District of California]*