MICHAEL RUBIN (Cal. State Bar No. 80618)
JAMES M. FINBERG (Cal. State Bar No. 114850)
EVE H. CERVANTEZ (Cal. State Bar No. 164709)
BARBARA J. CHISHOLM (Cal. State Bar No. 224656)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altshulerberzon.com
jfinberg@altshulerberzon.com
ecervantes@altshulerberzon.com
bchisholm@altshulerberzon.com

Attorneys for Plaintiffs ROY ADAMS, *et al.*

(additional counsel for plaintiffs listed on next page)

E. JEFFREY GRUBE (Cal. State Bar No. 167324)
JULIE A. WILKINSON (Cal. State Bar No. 209180)
LACIE TREGLOWN (Cal. State Bar No. 243369)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffgrube@paulhastings.com
juliewilkinson@paulhastings.com
lacietreglown@paulhastings.com

Attorneys for Defendant INTER-CON SECURITY SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY ADAMS, ROBERT EGGERT, MICHAEL FERRIS, ED HALL, and ROHIT SINGH, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTER-CON SECURITY SYSTEMS, INC., d/b/a INTER-CON SECURITY SERVICES, INC.,<br><br>Defendant. | No. C06-05428 MHP<br><br>**STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5]**<br><br>**ADR CERTIFICATION** |

LEGAL_US_W # 55279163.1

ADR STIPULATION
U.S.D.C., N.D. Cal., No. C06-05428 MHP

1  KELLY M. DERMODY (Cal. State Bar No. 171716)
   JAHAN C. SAGAFI (Cal. State Bar No. 224887)
2  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
3  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
4  Facsimile: (415) 956-1008
   kdermody@lchb.com
5  jsagafi@lchb.com

6  Rachel Geman (RG 0998 [NY])
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
7  780 Third Avenue, 48th Floor
   New York, NY 10017-2024
8  Telephone: (212) 355-9500
   Facsimile: (212) 355-9592
9  rgeman@lchb.com

10 MICHA STAR LIBERTY (Cal. State Bar No. 215687)
   LIBERTY LAW OFFICE
11 78 First Street
   San Francisco, CA 94105
12 Telephone: (415) 896-1000
   Facsimile: (415) 896-2249
13 micha@libertylawoffice.com

14 KEVIN W. McTAGUE (Cal. State Bar No. 134514)
   MCTAGUE & PALAY
15 1484 East Main Street, 2nd Floor
   Ventura, CA 93001
16 Telephone: (805) 641-6600
   Facsimile: (805) 641-6607
17 kwmct@mctague-palay.com

18 Attorneys for Plaintiffs ROY ADAMS, *et al.*

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 55279163.1

ADR STIPULATION
U.S.D.C., N.D. Cal., No. C06-05428 MHP

Plaintiffs Roy Adams, Robert Eggert, Michael Ferris, Ed Hall and Rohit Singh (collectively "Plaintiffs") and Defendant Inter-Con Security Systems, Inc. ("Inter-Con") hereby stipulate to participate in a private mediation session; however, the parties agree that it is too early to schedule a mediation at this time and will discuss the scheduling of such a mediation at a later date.*

Dated: January ___, 2007     ALTSHULER BERZON LLP

By: _____
　　　　Michael Rubin
　　　　Attorneys for Plaintiffs
　　　　ROY ADAMS, et al.

Dated: January ___, 2007     PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
　　　　E. Jeffrey Grube
　　　　Attorneys for Defendant
　　　　INTER-CON SECURITY SYSTEMS, INC.

---

\*   This agreement is without prejudice to Inter-Con's currently pending Petition for an Order Compelling Arbitration, and Motion to Dismiss or, Alternatively, to Stay Action Pending Arbitration, which is currently set for hearing on February 5, 2007.

Plaintiffs Roy Adams, Robert Eggert, Michael Ferris, Ed Hall and Rohit Singh (collectively "Plaintiffs") and Defendant Inter-Con Security Systems, Inc. ("Inter-Con") hereby stipulate to participate in a private mediation session; however, the parties agree that it is too early to schedule a mediation at this time and will discuss the scheduling of such a mediation at a later date.*

Dated: January ___, 2007    ALTSHULER BERZON LLP


By: _____
    Michael Rubin
    Attorneys for Plaintiffs
    ROY ADAMS, et al.


Dated: January 16, 2007    PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: _____
    E. Jeffrey Grube
    Attorneys for Defendant
    INTER-CON SECURITY SYSTEMS, INC.

---

* This agreement is without prejudice to Inter-Con's currently pending Petition for an Order Compelling Arbitration, and Motion to Dismiss or, Alternatively, to Stay Action Pending Arbitration, which is currently set for hearing on February 5, 2007.

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: 1-5-2007        /s/ Roy Adams
                       Plaintiff ROY ADAMS

Dated: _____     _____
                       Plaintiff ROBERT EGGERT

Dated: _____     _____
                       Plaintiff MICHAEL FERRIS

Dated: _____     _____
                       Plaintiff ED HALL

Dated: _____     _____
                       Plaintiff ROHIT SINGH

Dated: _____     _____
                       Counsel for Plaintiffs ROY ADAMS, ROBERT EGGERT,
                       MICHAEL FERRIS, ED HALL, and ROHIT SINGH

Dated: _____     _____
                       For Defendant INTER-CON SECURITY SYSTEMS, INC.

Dated: _____     _____
                       Counsel for Defendant INTER-CON SECURITY SYSTEMS, INC.

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: _____
Plaintiff ROY ADAMS

Dated: 01/07/07      /s/ Robert Eggert
Plaintiff ROBERT EGGERT

Dated: _____
Plaintiff MICHAEL FERRIS

Dated: _____
Plaintiff ED HALL

Dated: _____
Plaintiff ROHIT SINGH

Dated: _____
Counsel for Plaintiffs ROY ADAMS, ROBERT EGGERT, MICHAEL FERRIS, ED HALL, and ROHIT SINGH

Dated: _____
For Defendant INTER-CON SECURITY SYSTEMS, INC.

Dated: _____
Counsel for Defendant INTER-CON SECURITY SYSTEMS, INC.

LEGAL_US_W # 55279163.1

ADR STIPULATION
U.S.D.C., N.D. Cal., No. C06-05428 MHP

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: _____    _____
                          Plaintiff ROY ADAMS

Dated: _____    _____
                          Plaintiff ROBERT EGGERT

Dated: 01-05-07           /s/ Michael Ferris
                          Plaintiff MICHAEL FERRIS

Dated: _____    _____
                          Plaintiff ED HALL

Dated: _____    _____
                          Plaintiff ROHIT SINGH

Dated: _____    _____
                          Counsel for Plaintiffs ROY ADAMS, ROBERT EGGERT,
                          MICHAEL FERRIS, ED HALL, and ROHIT SINGH

Dated: _____    _____
                          For Defendant INTER-CON SECURITY SYSTEMS, INC.

Dated: _____    _____
                          Counsel for Defendant INTER-CON SECURITY SYSTEMS, INC.

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: _____   _____
                                  Plaintiff ROY ADAMS

Dated: _____   _____
                                  Plaintiff ROBERT EGGERT

Dated: _____   _____
                                  Plaintiff MICHAEL FERRIS

Dated: _1-7-07_ _[signature]_ _1-7-07_
                                  Plaintiff ED HALL

Dated: _____   _____
                                  Plaintiff ROHIT SINGH

Dated: _____   _____
                                  Counsel for Plaintiffs ROY ADAMS, ROBERT EGGERT,
                                  MICHAEL FERRIS, ED HALL, and ROHIT SINGH

Dated: _____   _____
                                  For Defendant INTER-CON SECURITY SYSTEMS, INC.

Dated: _____   _____
                                  Counsel for Defendant INTER-CON SECURITY SYSTEMS, INC.

LEGAL_US_W # 55279163.1

ADR STIPULATION
U.S.D.C., N.D. Cal., No. C06-05428 MHP

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: _____    _____
                              Plaintiff ROY ADAMS

Dated: _____    _____
                              Plaintiff ROBERT EGGERT

Dated: _____    _____
                              Plaintiff MICHAEL FERRIS

Dated: _____    _____
                              Plaintiff ED HALL

Dated: 1-4-07                 /s/ Rohit Singh
                              Plaintiff ROHIT SINGH

Dated: _____    _____
                              Counsel for Plaintiffs ROY ADAMS, ROBERT EGGERT,
                              MICHAEL FERRIS, ED HALL, and ROHIT SINGH

Dated: _____    _____
                              For Defendant INTER-CON SECURITY SYSTEMS, INC.

Dated: _____    _____
                              Counsel for Defendant INTER-CON SECURITY SYSTEMS, INC.

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: _____   _____
Plaintiff ROY ADAMS

Dated: _____   _____
Plaintiff ROBERT EGGERT

Dated: _____   _____
Plaintiff MICHAEL FERRIS

Dated: _____   _____
Plaintiff ED HALL

Dated: _____   _____
Plaintiff ROHIT SINGH

Dated: 1/11/07   _____
Counsel for Plaintiffs ROY ADAMS, ROBERT EGGERT, MICHAEL FERRIS, ED HALL, and ROHIT SINGH

Dated: _____   _____
For Defendant INTER-CON SECURITY SYSTEMS, INC.

Dated: _____   _____
Counsel for Defendant INTER-CON SECURITY SYSTEMS, INC.

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: _____  _____
Plaintiff ROY ADAMS

Dated: _____  _____
Plaintiff ROBERT EGGERT

Dated: _____  _____
Plaintiff MICHAEL FERRIS

Dated: _____  _____
Plaintiff ED HALL

Dated: _____  _____
Plaintiff ROHIT SINGH

Dated: _____  _____
Counsel for Plaintiffs ROY ADAMS, ROBERT EGGERT, MICHAEL FERRIS, ED HALL, and ROHIT SINGH

Dated: 1/17/07  _____
                 INTER-CON SECURITY SYSTEMS, INC.

Dated: _____  _____
Defendant INTER-CON SECURITY SYSTEMS, INC.

IT IS SO ORDERED
Judge Marilyn H. Patel
Dated: 1/17/07

LEGAL_US_W # 55279195.1

ADR STIPULATION
U.S.D.C., N.D. Cal., No. C06-05428 MHP