Michael Rubin (SBN 80618)
James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Barbara J. Chisholm (SBN 224656)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: mrubin@altshulerberzon.com
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com
E-Mail: bchisholm@altshulerberzon.com

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

[Additional Counsel listed on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ROY ADAMS, ROBERT EGGERT, MICHAEL FERRIS, ED HALL, ROHIT SINGH, DUJUAN NICKSON, and DONTRELL BUNTER, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTER-CON SECURITY SYSTEMS, INC., d/b/a INTER-CON SECURITY SERVICES, INC.,<br><br>Defendant. | Case No.  C-06-5428 MHP<br><br>STIPULATION AND [PROPOSED] ORDER RE MAILING AND POSTING OF NOTICE RE FLSA CLAIM<br><br>Hon. Marilyn Hall Patel |

1 | WHEREAS, the Inter-Con employees working at California Highway Patrol facilities were not covered by a Collective Bargaining Agreement before March 24, 2006;

WHEREAS, Plaintiffs reserve the right to ask the Court to designate an FLSA subclass of Inter-Con employees working at California Highway Patrol facilities after March 24, 2006 subject to a Collective Bargaining Agreement, and reserve the right to ask for broader equitable tolling for that group than what is provided for in this stipulation;

WHEREAS, the Parties have revised the Proposed Notice of FLSA Claim in accordance with the Court's April 6, 2007 Order,

The Parties hereby stipulate and agree as follows:

1. The Notice attached as Exhibit A is approved as to form;

2. The Collective Class to whom the Notice is mailed will include Inter-Con employees who worked at California Highway Patrol facilities prior to March 24, 2006;

3. The Notice will be posted at California Highway Patrol facilities with fifteen or more security guards;

4. The Statute of limitations on the Fair Labor Standards Act claim of Inter-Con employees working at California Highway Patrol facilities after March 24, 2006 shall be tolled from May 10, 2007 through July 3, 2007.

Dated: May 11, 2007

By: /s/
James M. Finberg

Michael Rubin (SBN 80618)
James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Barbara J. Chisholm (SBN 224656)
Peder J. Thoreen (SBN 217081)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: mrubin@altshulerberzon.com
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com

E-Mail: bchisholm@altshulerberzon.com
E-Mail: pthoreen@altshulerberzon.com
Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Micha Star Liberty (SBN 215687)
LIBERTY LAW OFFICE
78 First Street
San Francisco, CA 94105
Telephone: (415) 896-1000
Facsimile: (415) 896-2249
E-Mail: micha@libertylawoffice.com

Kevin W. McTague (SBN 134514)
MCTAGUE & PALAY
1484 East Main Street, 2nd Floor
Ventura, CA 93001
Telephone: (805) 641-6600
Facsimile: (805) 641-6607
E-mail: kwmct@mctague-palay.com

*Attorneys for the Plaintiffs and the Proposed Plaintiffs Class*

Dated: May 11, 2007          By:_____/s/_____
                                E. Jeffrey Grube

E. Jeffrey Grube (SBN 167324)
Kerri N. Harper (SBN 217377)
PAUL HASTINGS JANOFSKY &
WALKER LLP
55 2nd Street, 24th Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-Mail: jeffgrube@paulhastings.com
E-Mail: kerriharper@paulhastings.com

*Attorneys for the Defendant Inter-Con Security System*

ORDER

The Foregoing Stipulation is approved, and IT IS SO ORDERED.

Dated: 5/17/2007

_____
Honorable Marilyn Hall Patel
United States District

