1  [Names and addresses of counsel
2  are listed on the signature pages]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| ROY ADAMS, ROBERT EGGERT, MICHAEL FERRIS, ED HALL, ROHIT SINGH, DUJUAN NICKON, and DONTRELL BUNTER, on behalf of themselves and a class of those similarly situated,<br><br>                     Plaintiffs,<br>v.<br><br>INTER-CON SECURITY SYSTEMS, INC., d/b/a INTER-CON SECURITY SERVICES, INC.,<br>                     Defendant. | Case No. 06-5428 MHP<br><br>**CLASS ACTION**<br><br>STIPULATION AND [PROPOSED] ORDER CLARIFYING SETTLEMENT APPROVAL SCHEDULE |

STIPULATION AND [PROPOSED] ORDER CLARIFYING SETTLEMENT APPROVAL SCHEDULE

-1-

Pursuant to the Court's instruction that the deadlines in the Preliminary Approval Order be converted to specific weekday calendar dates and set forth expressly, the parties stipulate and agree that the following schedule shall apply to the settlement approval process:

| Date | Event |
|---|---|
| November 28, 2007 | Last day for Inter-Con to provide the Claims Administrator with the names, last known addresses, dates of employment in a Covered Position, and social security numbers of all Class Members. |
| December 13, 2007 | The Claims Administrator shall mail, via First Class United States Mail, the Notice Materials to all known Class Members at their last known address or at the most recent address that may have been obtained through the U.S. Postal Service National Change of Address database. |
| January 21, 2008 | Last day to file Motion for Final Approval. |
| January 21, 2008 | Last day for Class Counsel to file their petition for an award of attorneys' fees and reimbursement of expenses. |
| January 21, 2008 | Last day to file petition for an award of service payments to the Class Representatives. |
| January 28, 2008 | Postmark deadline for mailing requests to opt out. |
| January 28, 2008 | Postmark deadline for objections, if any. |
| January 28, 2008 | Claims Administrator shall mail a reminder card to all Class Members who have not submitted claims. |
| February 11, 2008 | Postmark deadline for submitting Claim Forms. |
| February 11, 2008 | Last day for Inter-Con to rescind the settlement based on the number of opt outs. |
| February 20, 2008 | Class Counsel shall provide the Court a declaration from the Claims Administrator of due diligence and proof of mailing with regard to the mailing of the Notice. |
| February 21, 2008 | Class Counsel shall file copies of all timely rescissions of opt-out statements with the Court. |

-1-
STIPULATION AND [PROPOSED] ORDER CLARIFYING SETTLEMENT APPROVAL SCHEDULE

| | |
|---|---|
| February 25, 2008<br>2:00 P.M. | Fairness Hearing. |

DATED: Oct. 31, 2007    By: */s/ James M. Finberg*
                               James M. Finberg

Michael Rubin (SBN 80618)
James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Peder Thoreen (SBN 217081) )
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Kelly Dermody (SBN 171716)
Jahan Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

Micha Star Liberty (SBN 215687)
Jennie Lee Anderson (SBN 203586)
ANDRUS LIBERTY & ANDERSON LLP
1430 Market Street
San Francisco, CA 94102
Telephone: (415) 896-1000
Facsimile: (415) 896-2249

Kevin W. McTague (SBN 134514)
McTAGUE & PALEY, INC.
1484 East Main Street, 2nd Floor
Ventura, CA 93001
Telephone:   (805) 641-6600
Facsimile:    (805) 641-6607

*Attorneys for Plaintiffs*

-2-
JOINT STIPULATION OF SETTLEMENT AND RELEASE

DATED: October 31, 2007            By:    /s/ E. Jeffrey Grube
                                          E. Jeffrey Grube

                                   E. Jeffrey Grube (SBN 167324)
                                   Kerri N. Harper (SBN 217377)
                                   PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                   55 Second Street, Twenty-Fourth Floor
                                   San Francisco, CA 94105
                                   Telephone: (415) 856-7000
                                   Facsimile: (415) 856-7100

                                   *Attorneys for Defendant*
                                   INTER-CON SECURITY SYSTEMS, INC.

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.


Dated:_____, 2007
                                          _____
                                          The Hon. Marilyn Hall Patel
                                          United States District Judge

-3-