UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY ADAMS, ROBERT EGGERT, MICHAEL FERRIS, ED HALL, ROHIT SINGH, DUJUAN NICKSON, and DONTRELL BUNTER, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTER-CON SECURITY SYSTEMS, INC., d/b/a INTER-CON SECURITY SERVICES, INC.,<br><br>Defendant. | Case No. C-06-5428 MHP<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ATTORNEYS' FEES AND COSTS<br><br>Date: February 25, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15<br>Judge: Hon. Marilyn Hall Patel |

| | |
|---|---|
| 1 | WHEREAS, the Court having considered the Joint Stipulation of Class Settlement |
| 2 | Between Plaintiffs And Defendant, Settlement Agreement And Release (the "Settlement |
| 3 | Agreement"), and having preliminarily approved the same on October 29, 2007; |
| 4 | WHEREAS, the Court having entered an Order directing that notice be given to the |
| 5 | Class Members, and notice having been individually mailed to the Class Members, and the Court |
| 6 | having conducted a Fairness Hearing concerning the proposed settlement; |
| 7 | WHEREAS, the Court having reviewed Class Counsel's Application for Attorneys' Fees |
| 8 | and Costs; Memorandum of Points and Authorities in Support Thereof; and |
| 9 | WHEREAS, the Court having reviewed the entire record of this action, and good cause |
| 10 | appearing, |
| 11 | **IT IS HEREBY ORDERED:** |
| 12 | 1. The Court has jurisdiction over the subject matter of this action, the Defendant, and the |
| 13 | Classes. |
| 14 | 2. Notice of the requested award of attorneys' fees and reimbursement of costs and |
| 15 | expenses was directed to Class Members in a reasonable manner, and complies with Rule |
| 16 | 23(h)(1) of the Federal Rules of Civil Procedure; |
| 17 | 3. Class Members and any party from who payment is sought have been given the |
| 18 | opportunity to object in compliance with Fed. R. Civ. P. 23(h)(2); |
| 19 | 4. The requested award of $1,000,000 in attorneys' fees is supported by the percentage of |
| 20 | the common fund approach, and this Circuit's benchmark of 25 percent. *See*, *e.g.*, *Paul, Johnson,* |
| 21 | *Alston & Hunt v. Graulty*, 886 F.2d 268 (9th Cir. 1989); *Six Mexican Workers v. Arizona Citrus* |
| 22 | *Growers*, 904 F.2d 1301 (9th Cir. 1990); *Vizcaino v. Microsoft Corp.*, 290 F.3d 1043 (9th Cir. |
| 23 | 2002). The Court reaches this conclusion based on attorneys' fees awards issued in similar cases, |
| 24 | and the fact that the common fund of $4,000,000 was created for Class Members through the |
| 25 | efforts of Class Counsel; |
| 26 | 5. The requested award of attorneys' fees is also justified by a lodestar analysis. The |
| 27 | Court has reviewed the hours devoted to this case by Class Counsel and concludes that they are |
| 28 | reasonable. The Court has reviewed the hourly rates used by Class Counsel in calculating their |

1 lodestar fees and concludes that these rates are appropriate for attorneys in this locality of Class
2 Counsel's skill and experience. Based on these hours and rates, Class Counsel's lodestar fees
3 exceed $1,000,000; and

4     6. The $83,559.80 in litigation costs and expenses incurred by Class Counsel have been
5 adequately documented and were reasonably incurred for the benefit of the Class, and the Court
6 finds that reimbursement of these costs and expenses is justified;

7 **THE COURT HEREBY ORDERS:**

8     Class Counsel are hereby awarded attorneys' fees in the amount of $1,000,000 and
9 reimbursement of costs and expenses in the amount of $83,559.80.

11 Dated: _2/25/2008_____

