UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY ADAMS, ROBERT EGGERT, MICHAEL FERRIS, ED HALL, ROHIT SINGH, DUJUAN NICKSON, and DONTRELL BUNTER, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTER-CON SECURITY SYSTEMS, INC., d/b/a INTER-CON SECURITY SERVICES, INC.,<br><br>Defendant. | Case No. C-06-5428 MHP<br><br>**COLLECTIVE ACTION AND CLASS ACTION**<br><br>~~[PROPOSED]~~ **FINAL JUDGMENT**<br><br>Date: February 25, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor<br><br>Hon. Marilyn Hall Patel |

WHEREAS, on October 29, 2007, this Court granted preliminary approval to a settlement of this action, embodied in the Settlement Agreement, attached as Exhibit 1 to this Court's October 29, 2007 order;

WHEREAS, the Court granted final approval to the settlement on February _____, 2008, finding that the settlement is fair, reasonable and adequate within the meaning of Federal Rule of Civil Procedure 23(e) and applicable law; and

WHEREAS, the Court has found that the notice sent to the Class Members fairly and adequately informed the Classes of the terms of the settlement, was consistent with Federal Rule of Civil Procedure 23 and due process, and was given in the manner prescribed by the Settlement Agreement and the Court's order preliminarily approving the settlement:

This Court hereby enters final judgment in this case, and dismisses it with prejudice, in accordance with the terms of the Settlement Agreement, attached as Exhibit 1 to the October 29, 2007 order granting preliminary approval, and the Order (1) Confirming Final Certification of Classes and Collective Action and (2) Granting Final Approval to Class Action Settlement ("Final Approval Order"). The Court hereby permanently enjoins and restrains all individuals from asserting any and all claims that were released pursuant to the Settlement Agreement and the Final Approval Order. This Final Judgment shall not bind the persons listed in Exhibit A, who have timely opted out of the settlement class.

Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the Named Plaintiffs, the Classes, and the Defendant for the purposes of (a) supervising the implementation, enforcement, construction and interpretation of the Settlement Agreement, the Preliminary Approval Order, the Final Approval Order, and this Final Judgment and the distribution of Settlement Payments and tax forms; and

1 (b) hearing, determining and implementing the application, in accordance with the terms of the
2 Settlement Agreement, by Class Counsel for an award of attorneys' fees, costs, and expenses and
3 by the Named Plaintiffs for service payments.

IT IS SO ORDERED.

Dated: February 25, 2008

_____
Judge Marilyn H. Patel

# EXHIBIT A

**Exhibit A To be filed before
February 25, 2008 hearing, once Claims
Administrator and Class Counsel confirm
final list of opt outs by name**