UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY ADAMS, ROBERT EGGERT, MICHAEL FERRIS, ED HALL, ROHIT SINGH, DUJUAN NICKSON, and DONTRELL BUNTER, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTER-CON SECURITY SYSTEMS, INC., d/b/a INTER-CON SECURITY SERVICES, INC.,<br><br>Defendant. | Case No. C-06-5428 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF SERVICE PAYMENTS<br><br>Date: February 25, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15<br>Judge: Hon. Marilyn Hall Patel |

On February 25, 2008, at 2:00 p.m. the parties appeared for a hearing on Plaintiffs' Motion For Approval of Service Payments. Based upon all papers on file with the Court and the arguments of counsel, the Court finds that the proposed service payments are fair and reasonable, taking into account "'the actions the plaintiff[s] [have] taken to protect the interests of the class, the degree to which the class has benefited from those actions, . . . [and] the amount of time and effort the plaintiff[s] expended in pursuing this litigation . . .'" *Staton v. Boeing*, 327 F.3d 938, 977 (9th Cir. 2003) (quoting *Cook v. Niedert*, 142 F.3d 1004, 1016 (7th Cir. 1998)).

The Claims Administrator shall distribute the following amounts within 10 days after the

Settlement Effective Date: $2,500 to named plaintiff Roy Adams, and $1,000 each to named plaintiffs Robert Eggert, Ed Hall, Rohit Singh, Michael Ferris, Dontrell Bunter, and DuJuan Nickson. These amounts are separate and apart from any other recovery to which these Plaintiffs might be entitled under other provisions of the Settlement Agreement.

IT IS SO ORDERED.

Dated: February 26, 2008

Honorable Marilyn Hall Patel
United States District Judge